IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-00439-WYD-CBS

JEAN DOTLICH,

    Plaintiff,

v.

DILLARD'S, INC., a Delaware Corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss With Prejudice (ECF No. 13), filed September 25, 2012.   After carefully reviewing the file in this matter, I find that the stipulated motion should be granted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice.   Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 13) is **GRANTED.**   Thus, this case is **DISMISSED WITH PREJUDICE**.

Dated:   September 26, 2012

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE